RECEIVED
CHARLOTTE, N.C.
JAN 1 3 2006
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO.: 3: 05-CV-527-K

STEADFAST INSURANCE
COMPANY,

    Plaintiff,

vs.

LEISURE POLICIES, LLC; BNY,
CHARLOTTE, INC.; and BAR
MANAGEMENT GROUP II, L.L.C,

    Defendants,

COLIN OLIVER,

    Intervenor,

## ORDER GRANTING INTERVENOR'S MOTION FOR PRO HAC VICE AND/OR SPECIAL ADMISSION

THIS CAUSE having come before the Court upon the Motion of Intervenor, COLIN OLIVER, for Special Admission and/or Admission Pro Hac Vice of Adam M. Balkan, and, having reviewed the file and being fully advised, it is hereby,

ORDERED and ADJUDGED:

That the Intervenor's Motion for Special Admission and/or appearance pro hac vice is **GRANTED.**

DONE AND ORDERED in Chambers, at U.S. District Court for the Western District of North Carolina, Charlotte Division, this 13th day of January, 2006

                              DAVID C. KEESLER
                              UNITED STATES MAGISTRATE JUDGE

Copies Furnished To: counsel of record