IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05-CV-527-K

| | |
|---|---|
| STEADFAST INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>LEISURE POLICIES, LLC; BNY, CHARLOTTE, INC.; and BAR MANAGEMENT GROUP II, LLC ,<br><br>      Defendants,<br><br>COLIN OLIVER,<br><br>      Proposed Intervenor | ORDER GRANTING PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF TORY M. BISHOP |

**IT APPEARING TO THE COURT** that Tory M. Bishop, Esq., of Omaha, Nebraska, meets the requirements for *pro hac vice* admission and that he is in good standing and eligible to practice in all courts to which he is admitted;

**IT IS, THEREFORE, ORDERED** by this Court that the Motion of Plaintiff for the *pro hac vice* admission of Tory M. Bishop is hereby **GRANTED**.

Signed: January 25, 2006

_____
David C. Keesler
United States Magistrate Judge