# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV527

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEISURE POLICIES, LLC; BNY, ) | |
| CHARLOTTE, INC.; and BAR ) | |
| MANAGEMENT GROUP II, LLC, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| COLIN OLIVER, ) | |
| ) | |
| Proposed Intervenor. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **November 29, 2006** prepared to summarize the status of this case and to discuss any pending motions, including Colin Oliver's "Motion to Intervene as a Defendant" (Document No. 5) and "Motion to Dismiss" (Document No. 8), as well as Defendants' "Motion to Dismiss" (Document No. 26).

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **November 29, 2006** for a Motion Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: November 6, 2006

David C. Keesler
United States Magistrate Judge