**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05-CV-527-DCK**

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISURE POLICIES, LLC; BNY, )<br>CHARLOTTE, INC.; and BAR )<br>MANAGEMENT GROUP II, LLC, )<br>)<br>Defendants, )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Extension Of Time To Complete Discovery, File Motions And Complete Mediation" (Document No. 57) filed November 9, 2007. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition. For good cause shown, the undersigned will grant the parties' motion, with modification. Further extensions in this case are unlikely.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Extension Of Time To Complete Discovery, File Motions And Complete Mediation" (Document No. 57) is **GRANTED** with modification.

**IT IS FURTHER ORDERED** that the following revised deadlines will apply to this case:

| | |
|---|---|
| Discovery Deadline | January 14, 2008 |
| Mediation Deadline | January 14, 2008 |
| Motions Deadline | February 11, 2008 |
| Trial Date | May 12, 2008 |

**SO ORDERED**.

Signed: November 15, 2007

David C. Keesler
United States Magistrate Judge