IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, | CASE NO.: 3:05-CV-527-K |
| Plaintiff, | |
| v. | |
| LEISURE POLICIES, LLC; BNY CHARLOTTE, INC.; and BAR MANAGEMENT GROUP II, LLC, | ORDER OF JUDGMENT |
| Defendants. | |

THIS MATTER IS BEFORE THE COURT upon the CONSENT TO ENTRY OF JUDGMENT filed by the parties in this case. Based upon said CONSENT TO ENTRY OF JUDGMENT, the Court, being fully advised in the premises, hereby enters judgment in favor of Plaintiff Steadfast Insurance Company and against Defendants Leisure Policies, LLC, BNY Charlotte, Inc., and Bar Management Group II, LLC, jointly and severally, in the amount of $570,000.00. All parties will bear their own costs.

Signed: May 12, 2008

David C. Keesler
United States Magistrate Judge